# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 12, 2023

**By the Court:**

No. 23-2111

| | |
|---|---|
| AKIL K. CARTER, et al., *Plaintiffs - Appellants*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| v. | No. 2:19-cv-01422-JPS |
| CITY OF WAUWATOSA, et al., *Defendants - Appellees*. | J. P. Stadtmueller, *Judge*. |

**O R D E R**

The section captioned "Jurisdictional Statement" in appellants' brief does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which provides, in part, that an appellant's brief contain a jurisdictional statement that includes:

"(C) the filing dates establishing the timeliness of the appeal or petition for review...."

Appellants' jurisdictional statement fails to provide the date the Rule 58 judgment was entered. Appellants must provide this information.

Further, appellants must provide the correct statutory basis for appellate jurisdiction. It is not 28 U.S.C. § 1331, which pertains to the basis of the district court's jurisdiction. Accordingly,

IT IS ORDERED that appellants file a paper captioned "Amended Jurisdictional Statement" no later than December 19, 2023, that provides the omitted information noted above and otherwise complies with all the requirements of Fed. R. App. P 28(a)(4) and Circuit Rule 28(a).

IT IS FURTHER ORDERED, that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellants' "Amended Jurisdictional Statement" to the assigned merits panel.